

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

*970 Broad Street, 7th floor*    973-645-2700
*Newark, New Jersey 07102*

August 18, 2024

**VIA EMAIL: criminalinfo@njd.uscourts.gov**

Melissa E. Rhoads, Clerk
United States District Court
Martin Luther King Jr. Federal Building & Courthouse
50 Walnut Street
Newark, New Jersey 07102

Attention:   Antigone Owens-Krefski, Deputy Clerk

Re:   *United States v. Teshan Hope*

Dear Ms. Owens-Krefski:

    Enclosed for assignment is an Information charging defendant Teshan Hope with unlawfully dealing in firearms and conspiracy to traffic in firearms, in violation of 18 U.S.C. §§ 922(a)(1)(A), 923(A), 924(a)(1)(d) (Count One), and 18 U.S.C. § 933(a)(3) (Count Two). The Information and cover sheet are enclosed.

    Very truly yours,

    TODD W. BLANCHE
    U.S. Deputy Attorney General

    ALINA HABBA
    Acting United States Attorney
    Special Attorney

    */s/ Robert Frazer*

By:  Robert Frazer
     Assistant U.S. Attorney